JAMES D. HOLMAN, ISB #2547
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Fax (208) 522-1277

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| MARIA COPLEY, | ) | Case No. CV-_____ |
| | ) | |
|   Plaintiff | ) | |
| | ) | |
| v. | ) | COMPLAINT AND DEMAND |
| | ) | FOR JURY TRIAL |
| J & J CHEMICAL, INC. | ) | |
| | ) | |
|   Defendant | ) | |
| | ) | |
| _____ | ) | |

Plaintiff Maria Copley, for cause of action against defendant J & J Chemical, Inc., states and alleges as follows:

### COUNT I

1.    This court has jurisdiction pursuant to 29 USC §216(b) of the Fair Labor Standards Act of 1938.

2.    Plaintiff Maria Copley is a resident of Bingham County, Idaho.

3.    Defendant J & J Chemical, Inc., is an Idaho corporation in good standing with its principal place of business in Blackfoot, Idaho.

4.      Defendant is an employer within the meaning of 29 USC §203(d) and is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of 29 USC §203(f)(1), Fair Labor Standards Act of 1938.

5.      In February 2011 Defendant employed plaintiff as an office worker and secretary. At all times relevant hereto plaintiff was engaged in commerce, or was employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of 29 USC §§206 and 207, Fair Labor Standards Act of 1938.

6.      At no time during the course of her employment was plaintiff an "exempt employee" within the meaning of 29 USC §213, Fair Labor Standards Act of 1938.

7.      Defendant paid plaintiff an hourly wage of $9.00.

8.      During the course of plaintiff's employment with defendant, defendant regularly and consistently required plaintiff, as a condition of continued employment, to work in excess of forty (40) hours per week.  Notwithstanding the fact that defendant required plaintiff to regularly and consistently work in excess of forty hours per week, defendant failed to pay plaintiff overtime compensation as required by 29 USC §207(a)(1), Fair Labor Standards Act of 1938.

9.      Defendant's failure to pay overtime compensation to plaintiff is a violation of 29 USC §207(a)(1), Fair Labor Standards Act of 1938.  Pursuant to 29 USC §216(b), plaintiff is entitled to recover from defendant the amount of unpaid overtime compensation and an additional equal amount as liquidated damages.  In the alternative, if plaintiff is not entitled to liquidated damages, then plaintiff is entitled to pre-judgment interest on all unpaid overtime wages due and owing from defendant.

10.     Pursuant to 29 USC §216(b), plaintiff is entitled to recover from defendant plaintiff's reasonable attorney fees incurred in this action as well as costs of the action.

COUNT II

11.     Plaintiff re-alleges the allegations contained in paragraphs 1 through 10 as if set forth in full herein.

12.     This court has supplemental jurisdiction over the cause of action alleged in Count II, pursuant to 28 USC §1367(a) for the reason that the claim set forth in Count II is so related to the claim set forth in Count I as to form part of the same case or controversy.

13.     This is a claim for unpaid wages pursuant to Idaho Code §45-601 et seq.

14.     On or about July 16, 2012 plaintiff terminated her employment with defendant.  On July 16, 2012 plaintiff made written demand, pursuant to Idaho Code §45-606, for payment of all wages then due and owing.  Defendant ignored the demand.

15.     Throughout the course of plaintiff's employment, defendant has failed and refused to pay to plaintiff the full amount of wages due to her.

16.     Throughout the course of her employment, defendant has made unauthorized withholdings from plaintiff's wages in violation of Idaho Code §45-609.

17.     Plaintiff is entitled to recover from defendant all unpaid wages, in an amount to be proven at trial.

18.     Plaintiff is entitled to recover from defendant all unauthorized withholdings from her wages, in an amount to be proven at trial.

19.     Pursuant to Idaho Code §45-615(2), plaintiff is entitled to recover damages in the amount of three times the unpaid wages and unauthorized withholdings found due and owing.

20.     Pursuant to Idaho Code §45-615(2), plaintiff is entitled to recover her reasonable attorney fees and costs incurred in bringing this action.

## PRAYER FOR RELIEF

Plaintiff prays the judgment of this court as follows:

## COUNT I

1.     For an award of damages in the amount of plaintiff's unpaid overtime wages, in accordance with 29 USC §216(b), in an amount to be proven at trial;

2.     For an award of damages in an additional equal amount of liquidated damages pursuant to 29 USC §216(b), or in the alternative, for pre-judgment interest on all unpaid overtime wages due and owing from defendant;

3.     For plaintiff's reasonable attorney fees and costs incurred herein pursuant to 29 USC §216(b); and

4.     For such other and further relief as the court deems just and proper.

## COUNT II

1.     For an award of damages in the amount of plaintiff's unpaid wages in an amount to be proven at trial;

2.     For an award of damages in the amount of the unauthorized withholdings from plaintiff 's wages in violation of Idaho Code §45-609, in an amount to be proven at trial;

3.     For treble damages in accordance with Idaho Code §45-615(2);

4.     For plaintiff's attorney fees and costs incurred in bringing this action; and

5.     For such other relief as the court deems just and proper.

DATED this _3/_ day of July, 2012.

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
        James D. Holman, Esq.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

DATED this _3/_ day of July, 2012.

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
        James D. Holman, Esq.

J:\data\Caption