Tracy J. Crane, ISB No. 6830
HOLLAND & HART LLP
101 South Capitol Boulevard, Suite 1400
Post Office Box 2527
Boise, Idaho  83701-2527
Telephone:     (208) 342-5000
Facsimile:      (208) 343-8869
E-mail:            tcrane@hollandhart.com

Attorneys for Defendant J & J Chemical, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA COPLEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>J & J CHEMICAL, INC.<br><br>                    Defendant. | No. 4:12-CV-00438-BLW<br><br>**CORPORATE DISCLOSURE STATEMENT OF J & J CHEMICAL, INC.** |

Defendant J & J Chemical, Inc., through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement as follows:

1. J & J Chemical, Inc. has no parent corporation.

2. J & J Chemical, Inc. is not a publicly owned corporation.

3. No publicly held corporation owns 10% or more of J & J Chemical, Inc.'s stock.

4. J & J Chemical, Inc. has no affiliates that have issued shares of ownership to the public.

DATED this 13th day of September 2012.

HOLLAND & HART LLP


By  /s/ Tracy J. Crane
     Tracy J. Crane, for the firm
     Attorneys for Defendant J & J Chemical, Inc.

**CORPORATE DISCLOSURE STATEMENT OF J & J CHEMICAL, INC. - 1**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 13th day of September 2012 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- James D. Holman
  Holman@ts-lawoffice.com

           /s/ Tracy J. Crane _____
           for HOLLAND & HART LLP

5759095_1.DOCX

**CORPORATE DISCLOSURE STATEMENT OF J & J CHEMICAL, INC. - 2**