IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA COPLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>J & J CHEMICAL, INC.,<br><br>            Defendant. | Case No.  4:12-CV-438-BLW<br><br>**ORDER** |

Having examined the entire record concerning the Motion to Withdraw filed by counsel for **Plaintiff Maria Copley**, and finding good cause for the granting of the Motion,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion to Withdraw (Docket No. 7) be, and the same is hereby, GRANTED;

IT IS FURTHER ORDERED, that the withdrawing counsel shall continue to represent **Maria Copley** pursuant to the Court's Local Rule 83.6(c) until proof of service of this Order on **Maria Copley** has been filed with the Court.  The withdrawing attorney shall forthwith and with due diligence serve all other parties and either personally serve copies of the Order upon the Plaintiff or mail the Order by first class mail, return receipt requested.  **Maria Copley** shall have twenty-one (21) days from the filing of the proof of service by the attorney to file written notice with the Court stating how she will be represented.

IT IS FURTHER ORDERED, that upon filing of proof of service on the Plaintiff, no

**Order - 1**

further proceedings can be had in the action which will affect her rights for a period of twenty-one (21) days. If **Maria Copley** fails to appear in this action, either in person or through a newly appointed attorney within such twenty-one (21) day period, this action will be dismissed with prejudice and without further notice.

DATED: **September 26, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 2